Document Electronically Filed

**CARLTON FIELDS JORDEN BURT, P.A.**
Robert W. DiUbaldo
rdiubaldo@carltonfields.com
Chrysler Building
405 Lexington Avenue, 36th Floor
New York, New York 10174
(212) 380-9635

Frank G. Burt (*pro hac vice*)
fburt@carltonfields.com
W. Glenn Merten (*pro hac vice*)
gmerten@carltonfields.com
Brian P. Perryman (*pro hac vice*)
bperryman@carltonfields.com
1025 Thomas Jefferson Street, NW
Washington, DC 20007
(202) 965-8100

*Attorneys for Defendant*
*American Security Insurance Company*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MAHASE RAMNAUTH, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FREEDOM MORTGAGE CORPORATION, *et al.*,<br><br>Defendants. | Case No. 3:18-CV-16477-BRM-DEA<br><br>**MOTION TO DISMISS THE CLASS ACTION COMPLAINT BY DEFENDANT AMERICAN SECURITY INSURANCE COMPANY**<br><br>Motion Date: March 4, 2019 |

PLEASE TAKE NOTICE THAT, pursuant to Fed. R. Civ. P. 12(b)(6), defendant American Security Insurance Company, through its counsel of record, shall move the United States District Court for the District of New Jersey, before the Honorable Brian R. Martinotti, at the Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, New Jersey 08608, on March 4, 2019, for an order dismissing the Class Action Complaint, with prejudice, for failure to state a claim upon which relief can be granted. American Security shall rely upon the accompanying Brief in Support of Motion to Dismiss. A proposed form of order is filed herewith. Pursuant to L. Civ. R. 78.1(b), oral argument is requested.

Dated: January 29, 2019

Respectfully submitted,

**CARLTON FIELDS JORDEN BURT, P.A.**

*/s/ Robert W. DiUbaldo*
Robert W. DiUbaldo
rdiubaldo@carltonfields.com
Chrysler Building
405 Lexington Avenue, 36th Floor
New York, New York 10174
(212) 380-9635

Frank G. Burt (*pro hac vice*)
fburt@carltonfields.com
W. Glenn Merten (*pro hac vice*)
gmerten@carltonfields.com
Brian P. Perryman (*pro hac vice*)
bperryman@carltonfields.com
1025 Thomas Jefferson Street, NW
Washington, DC 20007
(202) 965-8100

*Attorneys for Defendant*
*American Security Insurance Company*

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion to Dismiss the Class Action Complaint was filed on January 29, 2019, with the Clerk by using the CM/ECF system, which system served all counsel of record.

*/s/ Robert W. DiUbaldo*
Robert W. DiUbaldo